STATE of Missouri, Respondent,

v.

Joseph Jeremiah JOHNSON, Appellant.

WD 79034

Missouri Court of Appeals,
Western District.

Filed: January 10, 2017

Colette E. Neuner, Jefferson City, for respondent

Margaret M. Johnston, Columbia, for appellant

Before Division Three: Alok Ahuja, P.J., and Victor C. Howard and James E. Welsh, JJ.

### ORDER

PER CURIAM:

Following a jury trial, Joseph Johnson was convicted in the Circuit Court of De-Kalb County of possession of a controlled substance and conspiracy to distribute a controlled substance. Johnson appeals. He

challenges his conspiracy conviction, arguing that the evidence was insufficient to prove that he entered into an agreement with another person to distribute a controlled substance. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 30.25(b).